UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x

KAREEM NELSON,

                      Plaintiff,

    -against-

ROCKSTER LITTLE ITALY PIZZA, INC., *d/b/a Little Italy Pizza*, and 214 WEST 92ND STREET ASSOCIATES, LLC,

                      Defendants.

------------------------------------ x

ORDER

20 Civ. 1755 (GBD)

*USDC SDNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
*DOC #: _____*
*DATE FILED: JUL 08 2020*

GEORGE B. DANIELS, United States District Judge:

The initial conference is adjourned from July 15, 2020 to September 30, 2020 at 9:30 am.

Dated: New York, New York
       July 8, 2020

SO ORDERED.

*George B. Daniels* (signature)

GEORGE B. DANIELS
United States District Judge