USDC SDNY
ELECTRONICALLY FILED
DOC #:
DATE FILED: FEB 18 2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
KAREEM NELSON,

                            Plaintiff,

       -against-

ROCKSTER LITTLE ITALY PIZZA, INC., *d/b/a Little Italy Pizza*, and 214 WEST 92ND STREET ASSOCIATES, LLC,

                         Defendants.
------------------------------------------------------------ x

ORDER

20 Civ. 1755 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The February 24, 2021 initial conference is canceled.

Dated: New York, New York
       February 18, 2021

SO ORDERED.

_/s/ George B. Daniels_
GEORGE B. DANIELS
United States District Judge